UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.J.O.H., <br>               *Petitioner*, <br><br>     v. <br><br> PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of the Orange County Correctional Facility, *et al.*, <br><br>              *Respondents*. | Civil Action No. 25-cv-5278 |

## ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioner is given leave to proceed under the pseudonym J.J.O.H.

It is so **ORDERED.**

Entered on July 1, 2025 at 1:30 p.m.
New York, NY

_____
Andrew L. Carter, Jr.
United States District Court Judge