UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
J.J.O.H.,

       *Petitioner*,

  -against-

**PAUL ARTETA** *in his official capacity as Sheriff of Orange County, New York and Warden of Orange County Jail*; **WILLIAM JOYCE,** *in his official capacity as Acting Field Office Director, New York Field Office, United States Immigration and Customs Enforcement*; **TODD M. LYONS,** *in his official capacity as Acting Director, United States Immigration and Customs Enforcement*; **KRISTI NOEM,** *in her official capacity as Secretary of Homeland Security*; **PAMELA BONDI,** *in her official capacity as United States Attorney General,*

       *Respondents.*
----------------------------------------------------------------- x

1:25-cv-05278 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Petitioner J.J.O.H.'s Motion for a Temporary Restraining Order and Preliminary Injunction. Dkt. Nos. 16–17. Upon consideration of Petitioner's Motion (Dkt. No. 16), Memorandum of Law in support thereof (Dkt. No. 17), and the declaration of J.J.O.H., dated July 1, 2025, it is hereby **ORDERED** that Petitioner's motion for a Temporary Restraining Order is **DENIED**.

  It is further **ORDERED** that:

1. Petitioner serve this Order and all supporting documents on Respondents, and file proof of service with the Court by **July 7, 2025** at **12:00 P.M. E.T.**

2. Any response from Respondents is due by **July 10, 2025**.

3. Any reply from Petitioner is due by **July 14, 2025**.

4. Respondents show cause before this Court on **July 16, 2025** at **2:00 P.M. E.T.** by telephonic conference, as to why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

Courtesy copies shall be delivered to chambers in accordance with Judge Carter's Individual Practices.

**SO ORDERED.**

**Dated: July 3, 2025
    New York, New York**

_____
**ANDREW L. CARTER, JR.
United States District Judge**