**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 8, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/09/2025

By ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *J.J.O.H. v. Arteta*, No. 25-cv-5278 (ALC)

Dear Judge Carter:

  This Office represents the government in this habeas corpus action. On July 3, 2025, the Court issued an order setting a schedule for addressing the petitioner's motion for a preliminary injunction, under which the government's response is currently due by July 10, the petitioner's reply is currently due by July 14, and a show cause hearing is scheduled for July 16. ECF No. 20. I write respectfully, with petitioner's consent, to request a modification of that schedule, under which the government's response would be due July 14, the petitioner's reply would be due July 16, and, if amenable to the Court, the show cause hearing be scheduled for either July 17 or July 18.

  I make this request principally on account of the press of business. Aside from my supervisory work, I have been handling other habeas cases with deadlines close in time, including filing a brief in one case shortly after 3:00 a.m. on July 4, and filing a brief in another case late last night. Additional time is respectfully requested here, which will allow sufficient time for me to coordinate with the client agency to obtain necessary information, and to prepare the government's response in this matter. This is the first request for any extension here, and petitioner consents.

  I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ Brandon M. Waterman
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

The Court adopts the modified deadlines. The telephonic conference is **ADJOURNED** to **July 21, 2025 at 4PM**. All parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 9, 2025
New York, NY

cc: Counsel of Record (by ECF)