UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
   **J.J.O.H.**,

                            **Petitioner**,

            -against-

                                              **1:25-cv-05278 (ALC)**

   **PAUL ARTETA,** *in his official capacity as Sheriff of Orange County, New York and Warden, Pike County Correctional Facility*, et al.,           **ORDER**

                          **Respondents**.
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of the BIA Order and Petitioner's arguments in response to this development, the Government shall file a sur-reply to Petitioner's motion for preliminary injunction tomorrow, **July 18, 2025**. Petitioner shall file a further response to the sur-reply on or before **July 21, 2025**.

      The telephonic conference scheduled in this action for July 21, 2025 is **ADJOURNED** to **July 24, 2025, at 3:00PM**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:  July 17, 2025**
         **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**