UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
   **J.J.O.H.**,

                               **Petitioner,**

                   -against-
                                                   **1:25-cv-05278 (ALC)**

   **PAUL ARTETA,** *in his official capacity as Sheriff of Orange County, New York and Warden, Pike County Correctional Facility*, et al.,
                                                   **ORDER**

                               **Respondents.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The telephonic conference scheduled in this action for **July 24, 2025, at 3:00PM** will now be held **IN PERSON**. All parties shall appear in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated:   July 23, 2025**
           **New York, New York**
                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**