UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
J.J.O.H.,

                     Petitioner,

    -against-

PAUL ARTETA, *in his official capacity as Sheriff of Orange County, New York and Warden, Pike County Correctional Facility*, et al.,

                     Respondents.
------------------------------------------------------- x

1:25-cv-05278 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a status conference in this action on **August 5, 2025, at 2:00PM**. All parties shall appear in person in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated:** July 24, 2025
        New York, New York

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**