UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
    **J.J.O.H.**,

                            **Petitioner**,

                -against-                          1:25-cv-05278 (ALC)

**PAUL ARTETA,** *in his official capacity as Sheriff of Orange County, New York and Warden, Pike County Correctional Facility*, et al.,           **ORDER**

                          **Respondents.**
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      For the reasons set forth on the record during today's conference, the Court hereby denies Petitioner's motion for a preliminary injunction. ECF No. 16.

      The Court grants Petitioner leave to amend his petition for writ of habeas corpus. The amended petition shall be filed on or before **August 19, 2025**. The Government shall respond to the amended petition by **September 9, 2025**. Petitioner may submit a reply on or before **September 16, 2025**.

      Last, the parties shall submit a joint status report updating the Court on both Petitioner's immigration court proceedings and the issues on appeal with the BIA on or before **August 25, 2025**.

**SO ORDERED.**

**Dated:  August 5, 2025**
          New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**