MEMO ENDORSED

**Brooklyn Defenders**

Brooklyn Defender Services
177 Livingston St, 7th Floor
Brooklyn, NY 11201

Tel (718) 254-0700
F: (347) 214-9471
abriody@bds.org

August 25, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/26/2025

By ECF
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: ***J.J.O.H. v. Arteta et al,* 25-cv-5278**

Dear Judge Carter,

The parties in the above-referenced action jointly write to provide the Court with the requested update on J.J.O.H.'s immigration proceedings and the BIA appeal.

On August 6, 2025, the Immigration Judge adjourned J.J.O.H.'s merits hearing to September 15, 2025, at the request of his counsel and over ICE's objection. J.J.O.H. requested an adjournment because video telecommunications issues at Orange County Jail the day before his hearing prevented him from confidentially communicating with his immigration attorney to complete preparations for the hearing. On August 14, 2025, ICE filed a motion to advance the merits hearing to an earlier date, and J.J.O.H. opposed that motion. On August 22, 2025, the Immigration Judge denied ICE's motion to advance the merits hearing.

As of today's date, the BIA custody appeal, which has been fully briefed since July 17, 2025, remains pending. There also has been no decision on J.J.O.H.'s request that the BIA reconsider its grant of the discretionary stay which was submitted in his custody appeal briefing. The parties will inform the Court when the BIA issues a ruling.

Sincerely,

/s/ Alyssa Briody
Alyssa Briody, Esq.
Lucas S. Marquez, Esq.
Brooklyn Defender Services
177 Livingston Street, 7th Floor
Brooklyn, NY 11201
abriody@bds.org

| | |
|---|---|
| The parties shall submit another joint status report updating the Court on both Petitioner's immigration court proceedings and the issues on appeal with the BIA on or before September 25, 2025. | /s/ Brandon M. Waterman<br>Brandon M. Waterman<br>Assistant United States Attorney<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>(212) 637-2743<br>brandon.waterman@usdoj.gov |

SO ORDERED:

_/s/ Andrew L. Carter, Jr._
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 26, 2025
New York, NY