UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**J.J.O.H.**,

                 Petitioner,

-against-

**PAUL ARTETA,** *in his official capacity as Sheriff of Orange County, New York and Warden, Pike County Correctional Facility*, et al.,

                 Respondents.

1:25-cv-05278 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On October 3, 2025, the parties informed the Court of the recent BIA decision resolving ICE's appeal of Petitioner's custody determination. *See* ECF No. 53. The parties shall file letter briefing on the impact, if any, of the BIA decision on the pending habeas petition. The Government shall file its letter on or before October 16, 2025. Petitioner shall file a response by October 24, 2025.

**SO ORDERED.**

Dated: October 8, 2025
         New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**