USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/9/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

J.J.O.H.,

                                  **Petitioner,**

             -against-

                                   1:25-cv-05278 (ALC)

**PAUL ARTETA,** *in his official capacity as Sheriff of Orange County, New York and Warden, Pike County Correctional Facility*, et al.,

                                  **ORDER**

                                **Respondents.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the parties' briefings in regards to the Amended Petition and the Motion for Release under *Mapp v. Reno*. *See* ECF Nos. 40, 46, 58, 64, 68. The Court will hold oral argument in this action on **December 16, 2025, at 10:00AM**. All parties shall appear in person in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Dated: December 9, 2025
          New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**