USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/16/25__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

  **J.J.O.H.,**                              :

                        **Petitioner,**   :

            **-against-**          :         **1:25-cv-05278 (ALC)**

                              :

**PAUL ARTETA,** *in his official capacity as*  :     **ORDER**
*Sheriff of Orange County, New York and*   :
*Warden, Pike County Correctional Facility*, et  :
**al.,**                              :

                              :

                  **Respondents.**   :

                              :

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court held oral argument in this matter today. As discussed, the Court will hold a

telephonic conference on **January 9, 2026 at 4:30PM**. The Parties should contact the Court at 1-

855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:  December 16, 2025**
     **New York, New York**                        **ANDREW L. CARTER, JR.**
                                           **United States District Judge**