USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/16/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

J.J.O.H.,

                              Petitioner,

         -against-

                                   1:25-cv-05278 (ALC)

PAUL ARTETA, *in his official capacity as Sheriff of Orange County, New York and Warden, Pike County Correctional Facility*, et al.,

                               **ORDER**

                            Respondents.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      During oral argument today, the Government referenced cases where district courts ordered burden-shifted bond hearings, and the immigration judge and BIA followed the standard articulated by the district court. The Government is **ordered** to provide the case numbers for these cases by **December 19, 2025**.

**SO ORDERED.**

Dated: December 16, 2025
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**