Case 1:25-cv-05278-ALC   Document 76   Filed 12/19/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/19/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
**J.J.O.H.,**  :
 :
                                **Petitioner,** :
 :
                **-against-** :
 : **1:25-cv-05278 (ALC)**
**PAUL ARTETA,** *in his official capacity as* :
*Sheriff of Orange County, New York and* : **ORDER**
*Warden, Pike County Correctional Facility*, et :
al., :
 :
                              **Respondents.** :
 :
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       During oral argument and in their briefing on the amended petition, the Government has taken the position that Petitioner is currently detained under 8 U.S.C. § 1225(b). Petitioner argues that even if that is the case, the Amended Petition should still be granted. However, the Amended Petition does not appear to address detention under § 1225(b) nor seek release due to unlawful detention under § 1225(b).

       Petitioner should file a letter with the Court clarifying whether they are seeking release from unlawful detention under § 1225(b), § 1226(a), § 1226(c), some other provision of law, or multiple provisions of law. Petitioner should also inform the Court as to whether they wish to file a further amended petition. Petitioner should file such letter by **December 23, 2025.** The Government may file any response by **December 29, 2025**.

**SO ORDERED.**

**Dated: December 19, 2025**
          New York, New York                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**