UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
J.J.O.H.,

                    Petitioner,

      -against-

PAUL ARTETA, *in his official capacity as Sheriff of Orange County, New York and Warden, Pike County Correctional Facility*, et al.,

                    Respondents.
------------------------------------------------------------ x

1:25-cv-05278 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/30/25

**ANDREW L. CARTER, JR., United States District Judge:**

Petitioner is hereby **GRANTED** leave to file an amended petition by **January 2, 2026.**

The Government is ordered to respond by **January 6, 2026.** The Court will address the amended petition at the previously scheduled telephonic hearing set for January 9, 2026.

**SO ORDERED.**

**Dated: December 30, 2025**
      **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**