

**U.S. Department of**

*United States Attorne*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 6, 2026

By ECF

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *J.J.O.H. v. Arteta*, No. 25-cv-5278 (ALC)

Dear Judge Carter:

    This Office represents the government in this habeas corpus action. On December 30, the Court granted the petitioner leave to file a second amended petition, directing the petitioner to file the pleading by Friday, January 2, and further directing the government to file a response to the second amended petitioner by Tuesday, January 6 (i.e., within two business days). ECF No. 81. The petitioner filed the second amended petition on January 2. ECF No. 82. The parties are scheduled to appear before the Court for a telephone conference at 4:30 p.m. on Friday, January 9. ECF No. 81. I write respectfully to request a two-day extension of the government's response deadline, from January 6 to January 8.

    I make this request principally due to the heavy press of business. I currently supervise all of the immigration litigation in this Office, and thus in addition to handling my own cases, a substantial portion of my time is spent assisting and advising others and reviewing filings in other cases. Aside from my heavy supervisory duties, I have been working on a brief due today in another matter, as well as on a filing due in the Second Circuit later this week. Given all this, I have been unable to prepare the government's response to the second amended petition by the current deadline today, and I respectfully request a two-day extension of time, until January 8. I am also awaiting receipt of a delayed transcript from another case that I ordered on an expedited basis last week, which I anticipate will be relevant to the government's response.

    Petitioner's counsel does not consent to this request due to their client's condition and because they viewed the briefing schedule as reasonable. But additional time is needed for government counsel to prepare a response for the reasons noted above. The government seeks only two additional days to prepare and file its response, which would still be filed before the telephone conference scheduled for January 9. This is the government's first request for an extension of this deadline.

    I thank the Court for its consideration of this request, and I apologize that this request is being submitted on the same day as the deadline.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/ Brandon M. Waterman
      BRANDON M. WATERMAN
      Assistant United States Attorney
      Telephone: (212) 637-2743
      E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)

The Government's request for an extension to January 8, 2026 is GRANTED. The telephonic conference scheduled for January 9, 2026 will still be held as scheduled.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 7, 2026
New York, NY

2