USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1/13/26_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
J.J.O.H.,                                                  :
                                                          :
                                   Petitioner,            :
                                                          :
                    -against-                             :
                                                          :       1:25-cv-05278 (ALC)
PAUL ARTETA, *in his official capacity as*                :
*Sheriff of Orange County, New York and*                  :       <u>ORDER</u>
*Warden, Pike County Correctional Facility*, et           :
al.,                                                      :
                                                          :
                                   Respondents.           :
                                                          :
---------------------------------------------------------- x

ANDREW L. CARTER, JR., United States District Judge:

      The Court entered an order granting the petition for writ of habeas corpus in this case on

January 9, 2026. *See* ECF No. 88. As such, the Clerk of Court is directed to terminate this case.

**SO ORDERED.**

**Dated:  January 13, 2026**
      **New York, New York**      _____
                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**