**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
J.J.O.H.,

                      Petitioner,             25 **CIVIL** 5278 (ALC)

      -against-                       **JUDGMENT**

PAUL ARTETA, in his official capacity as
Sheriff of Orange County, New York and Warden,
Pike County Correctional Facility, et al.,

                      Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 13, 2026, the petition for writ of habeas corpus is

GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
          January 14, 2026

                            **TAMMI M. HELLWIG**

                                **Clerk of Court**

       **BY:**      

                               **Deputy Clerk**